HELEN KIMMEL, Appellant, *v.* JANE HUGHES, Respondent.

Supreme Court, Appellate Term, First Department, June 28, 1962.

*Donald Crichton* and *Louis J. Shaw* for appellant. *Simon N. Hilliman* for respondent.

*Per Curiam.* The Municipal Court was bound by the order of the Rent Commission which duly ordered and adjusted maximum rent of the tenant's apartment by reason of a subtenancy therein of tenant's cousin (*David Holding Corp.* v. *Held,* 105 N. Y. S. 2d 27; *83 Ridge St. Corp.* v. *Schnitzer,* 199 Misc. 826; *Pontello* v. *O'Shea,* 200 Misc. 417). Moreover, section 55 of the State Rent and Eviction Regulations specifies the persons who stand in the relationship of " immediate family ". A cousin is not within the contemplation of this section.

The final order should be modified to the extent of granting landlord judgment for the additional sum of $21, and as modified affirmed, with $25 costs.

Concur— HOFSTADTER, J. P., HECHT and TILZER, JJ.

Final order modified, etc.